IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R & D FILM 1, LLC )<br>)<br>   Plaintiff, )<br>)<br>v. )  Case No:<br>)<br>DOES )<br>)<br>   Defendants. )<br>) | |

**PLAINTIFFS CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND WESTERN DISTRICT OF WASHINGTON LOCAL RULE 7.1**

No Publicly held company owns more than 10% interest in R & D Film 1, LLC. The General Media Company owns 100% of R & D Film 1, LLC. The address is 6363 Wilshire Blvd., Suite 350, Los Angeles, CA 90048.

Respectfully submitted,
R & D FILM 1, LLC

DATED: January 8, 2012

By: s/*Richard J. Symmes*
Richard J. Symmes #41475
Frontier Law Group, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975
F: 206-424-4691
Richard@symmeslaw.com

Attorneys for Plaintiff
R & D Film 1, LLC

Corporate Disclosure     1

Frontier Law Group, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 9815 4
206-682-7975