

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

505 Union Avenue SE
Ste. 120
Olympia, WA 98501

360 357 6794 tel
www.ctcorporation.com

```
___ FILED      ┌──────┐
___ LODGED     │ MAIL │
___ RECEIVED   └──────┘
```

MAR 20 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

March 09, 2013

Richard J. Symmes
Frontier Law Group, PLLC
1001 4th Avenue,
Suite 3200,
Seattle, WA 98154

Re: R&D Film 1, LLC, Pltf. vs. Does 1-41, Dfts. // To: Wave Broadband

Case No. 1300052  RSL

Dear Sir/Madam:

After checking our records and the records of the State of WA, it has been determined that CT Corporation System is not the registered agent for an entity by the name of Wave Broadband.

Accordingly, we are returning the documents received from you.

Very truly yours,


C T Corporation System

Log# 522267303

Sent By Regular Mail

cc: Washington - Western District - Seattle - U.S. District Court
    700 Stewart Street - Lobby Level,
    Seattle, WA 98101



**13-CV-00052-RPLY**

**(Returned To)**

Richard J. Symmes
Frontier Law Group, PLLC
1001 4th Avenue,
Suite 3200,
Seattle, WA 98154