# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

R&D Film 1, LLC           )
                          )
    Plaintiff,    )
                          )
v.                        ) Case No: 13-00052
                          ) RSL
DOES 1-41                 )
                          )
    Defendants    )

## NOTICE OF VOLUNTARY DISMISSAL

R&D Film, 1, LLC pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Doe Defendants associated with Internet Protocol addresses:

(1) 50.135.0.187 (Doe No. 2)

(2) 76.121.145.17 (Doe No. 36)

Plaintiff is not dismissing any other Doe Defendants at this time.

Notice of Dismissal
13-00052 -RSL

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975

1  The respective Doe Defendants have not filed an answer to the complaint or motion
2  for summary judgment in this matter.  Therefore it is respectfully submitted that dismissal
3  under Rule 41(a) is appropriate.

4  DATED: June 3, 2013

Respectfully submitted,
R&D Film 1, LLC

By: s/*Richard J. Symmes*
Richard J. Symmes #41475
Frontier Law Group, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Ph:  206-682-7975
F:  206-424-4691
Richard@symmeslaw.com

Attorney for Plaintiff
R&D Film 1, LLC

Notice of Dismissal
13-00052 -RSL

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975